UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ALVAREZ, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>                Defendant. | Case No.: 20-cv-2460-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 8]** |

Plaintiff Susan Alvarez and Defendant Capital One Bank (USA), N.A., filed a Joint Motion for Extension of Time to Answer Complaint. ECF No. 8. Good cause appearing, the Court **GRANTS** the motion. Defendant Capital One Bank (USA), N.A. may file its answer or responsive pleading on or before February 12, 2021.

**IT IS SO ORDERED.**

Dated: January 19, 2021

_____

**HON. ROGER T. BENITEZ**
United States District Judge